UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Julia Rossi, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-01447-CCC |
| v. | : |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 13, 2014

Respectfully submitted,

PLAINTIFF, Julia Rossi

*/s/ Jody B. Burton*

Jody B. Burton
Bar No.: 71681
**LEMBERG LAW L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  */s/ Jody B. Burton*
                                                 Jody B. Burton