UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Julia Rossi, | : :  :  Civil Action No.: 1:13-cv-01447-CCC : |
| Plaintiff, | : |
| v. | : : |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | : : : |
| Defendant. | : : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Julia Rossi ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 14, 2014

                                          Respectfully submitted,

                                          PLAINTIFF, Julia Rossi

                                          /s/ Jody B. Burton
                                        Jody B. Burton, Esq.
                                        Bar No.: 71681
                                        LEMBERG LAW L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        Email: jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Jody B. Burton
                                                   Jody B. Burton